UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>CARLOS BAEZ,<br><br>                              Defendant. | 22 Cr. 364 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the Court's discussions with counsel, the conference currently scheduled for January 4, 2023, is hereby converted to a plea hearing and is adjourned to **February 1, 2023, at 11:00 a.m.**  The parties are hereby ORDERED to appear at that time in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between January 4, 2023, and February 1, 2023, because the Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to finalize a pre-trial disposition and permit Defendant to prepare for his plea.

SO ORDERED.

Dated:   January 3, 2023
             New York, New York

                                                    *Katherine Polk Failla*
                                          _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge