# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 18, 2023

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Carlos Baez**
**22 Cr 364 (KPF)**

**MEMO ENDORSED**

Dear Judge Failla:

I write at the suggestion of Pretrial Services (and with its consent) to respectfully request the Court remove Mr. Baez's bail condition of curfew with electronic monitoring. Mr. Baez has been fully compliant with the terms of his release since June 2022, and he was recently hired by Con Edison as an emergency flagger, that will require him to work overnight shifts. Pretrial recommends removing this condition as he has been fully compliant with the terms of his release.

The Government consents to removing electronic monitoring on nights that he is working but opposes doing so on nights that he is off. Such a result would be cumbersome for Pretrial, and given that Pretrial recommends removing the monitor, the defense respectfully requests the Court adopt the defense's request in full. Thank you for the Court's consideration.

Respectfully submitted
/s/
Ian H. Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc: AUSA Amanda Weingarten, Esq.

Application GRANTED in full.

Dated:   January 18, 2023
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE